# Jonathan L. Jones's Contested Election. Jonathan L. Jones's Appeal.

Argued Feb. 15, 1897. Appeal, No. 543, Jan. T., 1896, by Jonathan L. Jones, from order of Q. S. Schuylkill Co., declaring election void. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

*John F. Whalen* and *Wm. A. Marr*, for appellant.

*George J. Wadlinger*, for appellee.

OPINION BY MR. CHIEF JUSTICE STERRETT, April 12, 1897 :

This case was argued with No. 544 of January term, 1896, In re Contested Election of Martin J. Lawlor—and involves substantially the same question, ante, p. 566.

For the reasons given in opinion just filed in that case, this decree is affirmed with costs to be paid by the appellant.